UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MELISSA TROYER,

        Plaintiff,                        Case No.  1:14-CV-0758

v.                                          HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY

        Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).


Dated:  October 28, 2015                          /s/ Paul L. Maloney
                                                               PAUL L. MALONEY
                                                               United States District Judge